UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

OMER TROSCLAIR, JR.

VERSUS

WAL-MART STORES, INC.

CIVIL ACTION

NO. 08-510-C

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated February 24, 2010. Plaintiff has filed an objection which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the Motion for Summary Judgment filed by defendant, Wal-Mart Stores, Inc., will be granted and that this matter will be dismissed with prejudice.

Baton Rouge, Louisiana, March 29, 2010.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA